FILED

2011 JUL 28 P 2:24

US DISTRICT COURT
BRIDGEPORT, CONN

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

THOMAS WALKER

V.       3 11 C V 1 1 9 3   MRK

CORRECTIONAL OFFICER RIVERA
*Individual capacity*

## COMPLAINT

### PRELIMINARY STATEMENT

1. This is a civil rights action filed by Thomas Walker (The Plaintiff) for monetary damages under 42 U.S.C. section 1983 for violations of the plaintiff's constitutional rights while he was a sentenced inmate in the custody of the Connecticut Department of Correction (DOC). The defendant, Correctional Officer Rivera (Defendant Rivera), unlawfully used unauthorized, unnecessary and excessive force on Plaintiff's person. The actions of the defendant violated the plaintiff's constitutional right to be free from cruel and unusual punishment as guaranteed by the Eighth Amendment of the United States Constitution and also constituted a denial of due process of law as guaranteed by the Fifth and Fourteenth Amendments to the United States Constitution.

### JURISDICTION

2. This action is brought to remedy the deprivation, under color of state law, of rights guaranteed by the Fifth, Eighth and Fourteenth Amendments to the United States

Constitution. The Court has jurisdiction over this action pursuant to 42 U.S.C. section 1983 and 28 U.S.C. section 1343(a)(3).

## PARTIES

3. The plaintiff was, at all times relevant to this complaint, sentenced to the custody of the Department of Correction (DOC) and housed at Cheshire Correctional Institution (Cheshire), Cheshire, Connecticut.

4. Defendant Rivera was, at all times relevant to this complaint, a correctional officer at Cheshire. He is sued in his individual capacity.

## FACTS

5. On or about October 14, 2009, the plaintiff was housed in North Block 5, Housing Unit 541, at Cheshire.

6. When it was time for the plaintiff's recreation period, defendant Rivera refused to open the plaintiff's cell door, which prevented the plaintiff from being released for recreation.

7. Approximately fifteen (15) minutes elapsed before the plaintiff's cell door was finally opened.

8. The plaintiff subsequently approached the desk where defendant Rivera was seated and requested to know why he did not open the plaintiff's cell door at the appropriate time for his recreation period.

9. Defendant Rivera immediately assaulted the plaintiff by striking the plaintiff in his head and facial area with several closed-fist punches.

10. As a result of the actions of defendant Rivera, the plaintiff has suffered injury.

## PRIOR LAWSUITS

The plaintiff has not begun other lawsuits in state or federal court dealing with the same facts involved in this action.

## PREVIOUSLY DISMISSED ACTIONS OR APPEALS

The plaintiff has not brought any civil actions or appeals that were dismissed as frivolous or malicious or for failure to state a claim upon which relief may be granted.

WHEREFORE, the plaintiff claims:

1. Compensatory damages in the amount of Five hundred Thousand ($500,00.00) Dollars;
2. Punitive damages;
3. Costs, expenses and attorney's fees
4. Any other relief as law and equity may provide.

## JURY DEMAND

The plaintiff wishes to have a jury trial.

THE PLAINTIFF, THOMAS WALKER

#303457
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information in the complaint is true and accurate.

Executed at _Uncasville_ Connecticut, on this _7_ day of _22_____, 2011.

_____
Thomas Walker

On the complaint, although not appearing herein, Inmates' Legal Assistance Program (ILAP)

By_____
Michael A. Rubino, Jr., ILAP Staff Attorney